UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORA BOWERS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:16-cv-12127-EEF-DEK |
| | * | |
| WAL-MART STORES, INC. and | * | SECTION L |
| WAL-MART LOUISIANA, LLC | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 26th day of May, 2017.

_____
JUDGE